UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST<br><br>    Plaintiff<br><br>v.<br><br>MARGARET E. ANDERSON, MARION J. ANDERSON AND SAMUEL G. ANDERSON, AS HEIRS OF THE ESTATE OF GEORGE H. ANDERSON<br><br>    Defendants | 1:19-cv-00057-LEW |

## JUDGMENT OF FORECLOSURE AND SALE

**Address: 1367 Main Street, Clinton, ME 04927**
**Mortgage: September 14, 2005, Book: 8645, Page:21**

This matter came before the Court for a testimonial hearing on Plaintiff's Motion for Default Judgment on January 15, 2020. Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust, was present and represented by John A. Doonan, Esq. Defendants, Margaret E. Anderson, Marion J. Anderson, and Samuel G. Anderson, did not appear.

All persons interested having been duly notified in accordance with the law, and after hearing, the Plaintiff's Motion for Default Judgment of Foreclosure and Sale is GRANTED. Count II - Breach of Note, Count III - Breach of Contract, Money Had and Received, Count IV - Quantum Meruit, and Count V - Unjust Enrichment are hereby

**DISMISSED** without prejudice at the request of the Plaintiff. **JUDGMENT** on Count I – Foreclosure and Sale is hereby **ENTERED** as follows:

1. If the Defendants or their heirs or assigns pay U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust ("U.S. Bank") the amount adjudged due and owing ($95,880.33) within 90 days of the date of the Judgment, as that time period is calculated in accordance with 14 M.R.S.A. § 6322, U.S. Bank shall forthwith discharge the Mortgage and file a dismissal of this action on the ECF Docket. The following is a breakdown of the amount due and owing as of January 10, 2019:

   | Description | Amount |
   | --- | --- |
   | Unpaid Principal Balance | $53,162.50 |
   | Interest | $20,898.61 |
   | Escrow Advances | $20,606.58 |
   | Late Charges | $1,212.64 |
   | Grand Total | $95,880.33 |

2. If the Defendants or their heirs or assigns do not pay U.S. Bank the amount adjudged due and owing ($95,880.33) within 90 days of the judgment, as that time period is calculated in accordance with 14 M.R.S.A. § 6322, their remaining rights to possession of the Clinton Property shall terminate, U.S. Bank shall conduct a public sale of the Clinton Property in accordance with 14 M.R.S.A. § 6323, disbursing the proceeds first to itself in the amount of $95,880.33 after deducting the expenses of the sale, with any surplus to the Defendants or the heirs or assigns, in accordance with 14 M.R.S.A. § 6324. U.S. Bank may not seek a deficiency judgment against the Defendants

pursuant to the Plaintiff's waiver of deficiency at trial.

3. Pursuant to 14 M.R.S.A. § 2401(3)(F), the Clerk shall sign a certification after the appeal period has expired, certifying that the applicable period has expired without action or that the final judgment has been entered following appeal.

4. The amount due and owing is $95,880.33.

5. U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust has first priority, in the amount of $95,880.33, pursuant to the subject Note and Mortgage and there are no parties in interest other than the Defendants who have second priority.

6. The prejudgment interest rate is 5.87500%, *see* 14 M.R.S.A. § 1602-B, and the post-judgment interest rate is 8.59%, *see* 14 M.R.S.A. §1602-C.

7. The following information is included in this Judgment pursuant to 14 M.R.S.A. § 2401(3):

|  | PARTIES | COUNSEL |
|---|---|---|
| PLAINTIFF | U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust | John A. Doonan, Esq. Reneau J. Longoria, Esq. Doonan, Graves & Longoria, LLC 100 Cummings Center Suite 225D Beverly, MA 01915 |
| DEFENDANT |  |  |
|  | Margaret E. Anderson 1310 Michael Road Jenkintown, PA 19046 | Defaulted |

| | |
|---|---|
| Marion J. Anderson<br>1101 Boston Post Road, Apt. 3B<br>Rye, NY 10580 | Defaulted |
| Samuel G. Anderson<br>P.O. Box 1594<br>Plattsburgh, NY 12901 | Defaulted |

a) The docket number of this case is No. 1:19-cv-00057-LEW.

b) The Defendants, the only parties to these proceedings besides U.S. Bank, received notice of the proceedings in accordance with the applicable provisions of the Federal Rules of Civil Procedure.

c) A description of the real estate involved, 1367 Main Street, Clinton, ME 04927, is set forth in Exhibit A to the Judgment herein.

d) The street address of the real estate involved is 1367 Main Street, Clinton, ME 04927. The Mortgage was executed by the Defendants on September 14, 2005. The book and page number of the Mortgage in the Kennebec Registry of Deeds is Book 8645, Page 21.

e) This judgment shall not create any personal liability on the part of the Defendants but shall act solely as an in rem judgment against the property, 1367 Main Street, Clinton, ME 04927.

**SO ORDERED**.

Dated this 15th day of January, 2020.

                                                /s/ Lance E. Walker  
                                              UNITED STATES DISTRICT JUDGE